IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TRAVELERS PROPERTY CASUALTY COMPANY OF AMERICA and ST. PAUL SURPLUS LINE INSURANCE COMPANY,<br><br>     Plaintiffs,<br><br>vs.<br><br>DOME TECHNOLOGY, LLC; NUCOR STEEL LOUISIANA, LLC; and NUCOR CORPORATION,<br><br>     Defendants. | Case No. 4:17-cv-00134-DCN<br><br>**ORDER DISMISSING CASE WITH PREJUDICE** |

This matter comes before the Court on Plaintiffs' Notice of Voluntary Dismissal With Prejudice. Dkt. 13. Finding good cause to do so, under Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Court hereby ORDERS this case is DISMISSED WITH PREJUDICE. Each part shall bear their own costs and attorneys' fees.

DATED: January 25, 2018

_____
David C. Nye
U.S. District Court Judge